UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60183-CR-ZLOCH MAGISTRATE JUDGE SNOW

18 USC 1542

UNITED STATES OF AMERICA

v.

MELANIE PRENDERGAST,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 19, 2001, in Broward County, in the Southern District of Florida, the defendant,

**MELANIE PRENDERGAST,**

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that her name was an individual with the initials "A.P.D.," that she was born in Dade County, Florida on July 17, 1981, and her Social Security number was XXX-XX-9667, when in truth and in fact, and as the defendant then and there

well knew, her name was not "A.P.D.," and she was not born in Dade County, Florida on July 17, 1981, and her Social Security number was not XXX-XX-9667; in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MELANIE PRENDERGAST,

_____**Defendant**__/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB        ___ FTP

| | | |
|---|---|---|
| New Defendant(s) | Yes ___ | No ___ |
| Number of New Defendants | ___ | |
| Total number of counts | ___ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   _NO_
   List language and/or dialect  _____

4. This case will take  _2_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_           Petty     ___
   II   6 to 10 days      ___           Minor     ___
   III  11 to 20 days     ___           Misdem.   ___
   IV   21 to 60 days     ___           Felony    _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  _NO_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes  _X_ No

                                        _____
                                        JENNIFER A. KEENE
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar No./Court No.: 0958263

*Penalty Sheet(s) attached                                 REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MELANIE PRENDERGAST

Case No: _____

**Count #: 1**

False Statement in Application for U.S. Passport

in violation of 18 U.S.C. § 1542

\* Max.Penalty: Ten (10) years' imprisonment; three (3) years' supervised release, $250,000 fine

**Count #:**

\*Max. Penalty:

**Count #:**

\*Max. Penalty

**Count #:**

\*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.