# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 08-60183
    Plaintiff )
)
-vs- ) REPORT COMMENCING CRIMINAL
) ACTION
Melanie Prendergast ) 80716 004
    Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 7-14-08, 1030 (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 18 USC 1542: False Statement in Application for U.S Passport

(4) UNITED STATES CITIZEN: ( ) YES (X) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 3-27-1979

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT    [ ] COMPLAINT    CASE # 08-60183
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ] YES [ ] NO

AMOUNT OF BOND:$ _____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 7-14-08    (9) ARRESTING OFFICER: Joseph Desmarais

(10) AGENCY: DSS    (11) PHONE #: 305-536-5781

(12) COMMENTS: _____